AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

## Western Division

__Western_____ DISTRI _____ Tennessee_____

**UNITED STATES OF AMERICA**
**V.**

**AUDREA THOMAS**

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CA __07-34-0_____

CHARGING DISTRICTS
CASE        __4:06CR00502ERW_____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court __Eastern__ District of __Missouri__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk __111 S. 10th Street, Ste. 3.00, St. Louis, MO 63102__

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

S/Diane K. Vescovo
*Signature of Judge*

March 26, 2007
*Date*

**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**
*Name and Title of Judge*