IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                     Case No. 07-34-V

Audrea Thomas

_____

**ORDER REFUNDING CASH APPEARANCE BOND**

_____

       This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.  (**Defendant sentenced to probation on 10/25/07 in ED/MO).**

       IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to Robert Suggs at 3192 Crump, Memphis, TN 38112 in full refund of the cash appearance bond posted herein.

                                                              _s/Diane K. Vescovo
                                                             United States Magistrate Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _s/Betty Guy_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           Case No. 07-34-V

Audrea Thomas

_____

**ORDER REFUNDING CASH APPEARANCE BOND**

_____

      This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.  **(Defendant sentenced to probation on 10/25/07 in ED/MO).**

      IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to Robert Suggs at 3192 Crump, Memphis, TN 38112 in full refund of the cash appearance bond posted herein.

                                                                 _s/Diane K. Vescovo
                                                      United States Magistrate Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _s/Betty Guy_____
Deputy Clerk